UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | | |
|---|---|---|
| KIMERE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.:  1:19-cv-1273 |
| v. | ) | |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing party WALMART, INC. ("Walmart"), by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing party Walmart, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1.      Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Marion, where the action was pending prior to the filing of this Notice of Removal.

**REMOVAL IS TIMELY**

2.      On June 21, 2018 removing party Walmart was served by certified mail with a Summons and Complaint in the above-entitled action at the office of their registered agent for service of process, CT Corporation System in Indianapolis, Indiana.

3.      The case stated by the initial pleading was not removable solely because the amount in controversy was not clearly identified as exceeding the amount specified in section 28 U.S.C. §§ 1332(a).

4.      On March 21, 2019, Plaintiff produced her discovery responses, which included damage information that revealed that the amount in controversy could exceed the amount specified in section 28 U.S.C. §§ 1332(a).

5.      On March 21, 2019, Plaintiff's counsel wrote Defendant's counsel and conveyed that Plaintiff's alleged damages exceed the amount in controversy exceeds the amount specified in section 28 U.S.C. §§ 1332(a).

6.      Therefore, pursuant to 28 U.S.C. §§ 1446 (b)(3) and (c)(3) (A), this removal is timely.

**STATE COURT PROCEEDINGS**

7.      On or about June 19, 2018, Plaintiff Kimere Smith (hereinafter "Plaintiff") filed her Complaint in the above-entitled action against Walmart in the Marion County Superior Court in the State of Indiana, Cause No. 49D07-1 806-CT-024077, and is now pending therein.

8.      On July 2, 2018, Walmart filed its Attorney Appearance, Jury Demand, and Motion for Enlargement of Time to File Responsive Pleading in the Marion County Superior Court.

9.      On July 2, 2018, the Marion County Superior Court issued an Order granting Walmart's Motion for Enlargement of Time to File Responsive Pleading, granting it a period of time through and including August 13, 2018 to answer or otherwise respond to Plaintiff's Complaint.

10.     On or about August 13, 2018, Walmart filed its Answer and Affirmative defenses to Plaintiff's Complaint for Damages.

11.     On September 19, 2018, the Court approved a Joint Case Management Plan.

12.     On October 16, 2018, Walmart filed its Preliminary Witness and Exhibit List.

13.     On October 18, 2018, Plaintiff filed her Preliminary Witness and Exhibit List.

14.     On February 25, 2019, Walmart filed its Motion to Compel Plaintiff's Discovery Responses;

15.     On February 27, 2019, the Court granted Walmart's Motion to Compel Plaintiff's Discovery Response;

16.     On March 6, 2019, Walmart filed an additional Attorney Appearance;

17.     No further proceedings have been had in the Marion County Superior Court.

18.     Pursuant to S.D. Ind. L.R. 81-2(d), Walmart asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

19.     This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

20.     Plaintiff is a citizen of the State of Indiana.

21.     Walmart, Inc. is an improper Defendant. The correct Defendant is Walmart Stores East, LP. However, for purposes of this Notice of Removal, Walmart, Inc. is a Delaware Corporation with its principal place of business in Arkansas. Thus, for purposes of diversity jurisdiction, Walmart, Inc. is a citizen of Delaware and Arkansas, and not of Indiana.

22.     This Court will not lose jurisdiction if/when the proper Defendant, Walmart Stores East, LP, is substituted in this action. Walmart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Walmart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. Walmart, Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. The principal place of business for all entities mentioned is Bentonville, Arkansas. Thus, for purposes of diversity jurisdiction, Walmart Stores East, LP is a citizen of Delaware and Arkansas, and not of Indiana.

23.     There is complete diversity of citizenship between the parties named in this case.

24.     Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

    a.  Plaintiff allegation that she sustained severe injuries as an alleged result of the incident forming the basis of her Complaint, some of which may be permanent.

    b.  Plaintiff alleges she has incurred expenses as a result of her alleged injuries and will continue incur additional expenses in the future.

c.   Plaintiff's counsel had represented Plaintiff's alleged damages exceed the amount in controversy of $75,000, exclusive of interest and costs.

25.     Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

26.     Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

27.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit, and includes the State Court Record as of the date of this Notice of Removal, including the following: State Court Docket Sheet; Plaintiff's Complaint and Summons to Defendant; Plaintiff's Attorney Appearance; Defendant's Attorney Appearances; Defendant's Jury Demand; Defendant's Motion for Enlargement of Time; Order Granting Defendant's Motion for Enlargement of Time; Defendant's Answer and Affirmative Defenses; Joint Case Management Plan; Defendant's Preliminary Witness and Exhibit List; Plaintiff's Witness and Exhibit List, Defendant's Motion to Compel Plaintiff's Discovery Responses, and the Court's Order Granting Defendant's Motion to Compel Plaintiff's Discovery Responses.

28.     Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

29.     A copy of this Notice of Removal has been filed in the Marion County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing party WALMART, INC., by counsel, respectfully requests that the above-entitled action be removed from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

LEWIS WAGNER, LLP

By:     /s/Lynsey F. David
        LESLEY A. PFLEGING, #26857-49A
        LYNSEY F. DAVID, #32594-49
        *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2019, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Howard L. Stevenson
Stevenson Legal Group, LLC
9101 Wesleyan Road, Suite 100
Indianapolis, IN  46268
**_Counsel for Plaintiff_**

By: _/s/ Lynsey F. David_
LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:      317-237-0500
Facsimile:      317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com