Case 1:19-cv-01273-TWP-DLP   Document 1-3   Filed 03/29/19   Page 1 of 3 PageID #: 55

49D07-1806-CT-024077                    Filed: 6/19/2018 12:46 PM
                                        Myla A. Eldridge
Marion Superior Court, Civil Division 7         Clerk
                                        Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

KIMERE SMITH,                )
                             )
        Plaintiff,           )
   v.                        )
                             )
WALMART INC.,                )
                             )
        Defendant.           )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the Plaintiff, Kimere Smith, ("Plaintiff") by counsel, Howard L. Stevenson, and for her Complaint for Damages and Jury Demand, against Defendant, Walmart Inc., states and alleges as follows:

1. That Plaintiff, Kimere Smith, is a resident of the City of Indianapolis, County of Marion, State of Indiana.

2. That Defendant, Walmart Inc., a for-profit business, was doing business in the City of Indianapolis, County of Marion, State of Indiana, at all times pertinent to this cause.

3. Jurisdiction and venue are proper in this Court, as the incident upon which the claims herein are based occurred within Marion County, Indiana.

4. That the accident upon which this claim is based occurred on or about June 22, 2016, in the City of Indianapolis, County of Marion, State of Indiana.

5. That on or about June 22, 2016, Plaintiff Kimere Smith was an invitee at the Defendant, Walmart Inc.'s store located at 4545 Lafayette Road, Indianapolis, IN 46254 ("Store").

6. That on or about June 22, 2016, Plaintiff Kimere Smith was shopping when she slipped and fell on a substance inside the Store owned and/or operated by Defendant, Walmart Inc.

7. As a result of Plaintiff's fall in the Store, Plaintiff Kimere Smith, sustained severe injuries, some of which may be permanent.

8. As owner and/or tenant of the Store, Defendant, Walmart Inc., owed Plaintiff a duty of reasonable care to protect and/or warn its invitees and/or visitors from reasonably foreseeable dangers and to exercise reasonable care and maintain the premises in a safe condition.

9. That Defendant Walmart Inc. breached its duty of care owed to Plaintiff and was negligent when it failed to protect and/or warn Plaintiff from reasonably foreseeable dangers and by failing to maintain the premises in a reasonably safe condition.

10. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Kimere Smith has incurred substantial medical expenses, and other special expenses, which will continue into the future.

11. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Kimere Smith has experienced and will continue to experience, pain and suffering and mental anguish.

12. As a direct and proximate result of Defendant Walmart Inc.'s negligence, Plaintiff Kimere Smith has suffered injuries, some of which may be permanent.

13. As a direct and proximate result of Defendant's negligence, Plaintiff Kimere Smith loss her job.

14. As a direct and proximate result of Defendant's negligence, Plaintiff Kimere Smith has been damaged.

WHEREFORE, the Plaintiff, Kimere Smith, by counsel, prays for judgment against the Defendant in an amount commensurate with her injuries, damages, pain and suffering, medical expenses, loss wages, and other special expenses, for the costs of this action, and for all other relief just and proper in the premises.

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all issues triable by jury.

Respectfully submitted,

By: _____
Howard L. Stevenson
Attorney for Plaintiff
Attorney Reg. No. 17570-49

**STEVENSON LEGAL GROUP, LLC**
612 E. Market Street
Indianapolis, Indiana 46202
Telephone: (317) 875-0400
Facsimile: (317) 802-0900